# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132032

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 132032
                                        COA: 271481
                                        Oakland CC: 2005-205587-FH

PATRICK JOEL TYRER,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

                                Clerk

t1120